# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. LIDER CARAGUAY  Docket No. 3:03CR00120(AWT)

### PETITION ON PROBATION AND SUPERVISED RELEASE

FILED

**COMES NOW** Keith P. Barry, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lider Caraguay who was sentenced to 3 months imprisonment for a violation of 48 U.S.C. § 1542, False Statement, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court at Hartford, Connecticut on December 3, 2003 who fixed the period of supervision at two years which commenced on March 10, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) If the defendant is deported, he shall not re-enter the United States unless he obtains the prior written approval of the Attorney General, and gives prior written notification to the U.S. Attorney's Office and the U.S. Probation Office for the District of Connecticut. Mr. Lider was sentenced to serve three months imprisonment to run concurrent to the state sentence he was already serving. The defendant was released from state custody on March 10, 2005, at which time his term of supervised release began.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of Supervised release:

Charge No. 1: Standard Condition - <u>The defendant shall also report to the Probation Office in the district to which the defendant is released within 72 hours after of released from custody.</u> The defendant was released from state custody on March 10, 2005. All attempts to contact and locate Mr. Caraguay have been unsuccessful. On August 12, 2005, a warrant was issued for the defendant's arrest by the State of Connecticut, Board Of Parole for being an absconder.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue and lodged as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this ___29th___
day of August, 2005 and ordered filed and made
a part of the records in the above case.

Sworn to By

Keith P. Barry
United States Probation Officer

The Honorable Alvin W. Thompson
United States District Judge

Place Hartford, Connecticut

Date 8-29-05

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 29th day of August, 2005, at Hartford, Connecticut, U.S. Probation Officer Keith P. Barry appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge